

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00328-CR
### NO. 02-14-00348-CR

JAIME RAMIREZ, JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                        STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
## TRIAL COURT NOS. 1355171D, 1352281D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jaime Ramirez, Jr. attempts to appeal his conviction of possession of a controlled substance of less than one gram (methamphetamine) in cause number 02-14-00328-CR and his conviction of possession of a controlled substance of four grams or more but less than 200 grams (methamphetamine) in cause number 02-14-00348-CR, for which he received

---

[1]*See* Tex. R. App. P. 47.4.

ten years' confinement in each case, served concurrently, in exchange for his guilty pleas.

We notified appellant that the trial court's certifications of his right to appeal stated that these were plea-bargain cases and that he has no right of appeal, and we informed him that unless he or any party desiring to continue the appeals filed with the court a response showing grounds for continuing the appeals, the appeals would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals and deny appellant's motions to extend time for filing an appellate brief as moot. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 23, 2014